IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT,                                                                    PLAINTIFF
ADC #137057

v.                              No. 5:10CV00365 JLH/JTR

KENNETH STARKS, et al.                                                                  DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff Mark Edward Vanzant, who is represented by counsel, has filed a motion to dismiss this § 1983 action voluntarily. Defendants have orally informed the Court that they have no objection to plaintiff's request.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for voluntary non-suit is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE. Document #56.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 6th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE