IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT,                                                                    PLAINTIFF
ADC #137057

v.                              No. 5:10CV00365 JLH/JTR

KENNETH STARKS, et al.                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, this case is VOLUNTARILY DISMISSED WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 6th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE